IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLEVELAND WILLIAMS, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 17-3790 |
| | : | |
| CHILDFIRST SERVICES, INC., | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 13th day of September, 2019, upon consideration of Plaintiff Cleveland William's Amended Compliant (ECF No. 22), Defendant Childfirst Services, Inc.'s Motion for Summary Judgment (ECF No. 27), Plaintiff's Opposition thereto (ECF No. 28), and Defendant's Reply (ECF No. 34), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiff's claim under the American with Disabilities Act, which is set forth as Count I in the Amended Complaint.

2. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims, which are **REMANDED** to the Court of Common Pleas for Philadelphia County.

3. The Clerk of Court shall **CLOSE** this case for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.